# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Dawn A Vendegna                    )        Chapter 13
                                           )        Case No. 14 B 06886
        Debtor(s)                          )        Judge Pamela S. Hollis

## Notice of Filing/Certificate of Service

Office of the U.S. Trustee
Patrick S. Layng
219 S. Dearborn St, Ste 873
Chicago, IL 60604

Please take notice that on 12/16/2015, the Trustee's Report of Deposit of Unclaimed Property was filed with the Clerk of The US Bankruptcy Ct located at 219 S Dearborn St, Chicago, IL, a copy of which is hereby served upon you.

The undersigned certifies that a copy of the foregoing was served to the above-listed person via the Clerk's ECF noticing procedures.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Trustee's Report of Deposit of Unclaimed Property

Now comes Marilyn O Marshall, Chapter 13 Trustee, pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court.

1. The Trustee has been duly appointed, qualified and continues to serve as the Trustee in the case listed above.

2. In furtherance of her duties, the Standing Trustee sent a distribution check in the amount of $0.98 via U. S. Mail to:
   Dawn A Vendegna
   21 Whitehall Avenue
   Northlake, IL 60164

3. The check for the payee has either been returned by the Post Office marked "Return to Sender, Forward Time Expired" or has not been presented in 90 days.

4. All due diligence has been exhausted to locate the payee with no success.

5. By reason of the foregoing, the Trustee has deposited these unclaimed funds by payment of the same to the Clerk of the Bankruptcy Court, Check #518266, in the amount of $1,138.17, pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

Office of the Chapter 13 Trustee          /s/ MARILYN O. MARSHALL
224 S Michigan Ave                        MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL 60604
(312)431-1300